**H–S ENTERPRISES, INC. d/b/a Isochem Resins Company**

v.

**GOBAL ENTERPRISES, INC.**

No. 80–80–A.

Supreme Court of Rhode Island.

Sept. 4, 1980.

John G. Hines, Providence, for plaintiff.

William J. McGair, Providence, for defendant.

## ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for Thursday, October 9, 1980 at 9:30 a.m. for oral argument.

DORIS, J., did not participate.